(Reap. Dec. 9847)

EMPIRE PLASTIC CORP. *v.* UNITED STATES

Entry No. 966166.

(Decided on rehearing [not published] November 22, 1960)

*Brooks & Brooks* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: Counsel for the respective parties have submitted this appeal for reappraisement for decision on a written stipulation, reading as follows:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. That the instant merchandise consists of certain table tennis balls imported from Japan.

2. That the market value or the price, at the time of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which imported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States including the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing the merchandise in condition packed ready for shipment to the United States, is $1.53 per gross, net packed, ex factory.

3. That there was no higher foreign value.

4. That the instant appeal for reappraisement may be submitted upon this stipulation.

On the agreed facts, I find that the proper basis for appraisement of the table tennis balls in question is export value, as defined in section 402(d) of the Tariff Act of 1930, and hold that such statutory value therefor is $1.53 per gross, net packed, ex-factory.

Judgment will be rendered accordingly.